# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period June 01, 2019 through May 31, 2020

Case No: 19-13286-jps                     Filed: May 28, 2019

Debtor:   MARY BECK
          7542 ANDREA

          MENTOR, OH  44060

Attorney: WILLIAM C BEHRENS             Required Plan Payment:  $1,200.00 MONTHLY
          (216) 373-0539

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 12,273.00 |
| Disbursements: | | |
|     Principal | 11,442.33 | |
|     Interest | 92.55 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 738.12 | |
| | | 12,273.00 |
| Funds on Hand: | | 0.00 |
| | | 12,273.00 |



CASE NO: 19-13286-jps
DEBTOR: MARY BECK

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jul 01, 2019 | 1,032.00 | Aug 05, 2019 | 1,032.00 | Sep 09, 2019 | 1,201.00 | Oct 07, 2019 | 1,201.00 |
| Nov 12, 2019 | 1,201.00 | Dec 09, 2019 | 1,201.00 | Jan 08, 2020 | 1,201.00 | Feb 07, 2020 | 601.00 |
| Feb 18, 2020 | 600.00 | Mar 03, 2020 | 601.00 | Mar 31, 2020 | 600.00 | Apr 29, 2020 | 601.00 |
| May 11, 2020 | 600.00 | May 29, 2020 | 601.00 | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | LAKE COUNTY TREASURER | | Secured | 212.21 | 92.55 |
| 002 | INTEGRITY SOLO 401K TRUST | ####9550 | Secured | 8,847.93 | .00 |
| 002A | INTEGRITY SOLO 401K TRUST | ####9550 | Secured | 1,505.16 | .00 |
| 002NA | PHYLLIS A ULRICH ESQ | | Unsecured | .00 | .00 |
| 003 | MERRICK BANK | 4676 | Unsecured | .00 | .00 |
| 004 | ATLAS ACQUISITIONS LLC ASSIGNEE OF | 7271 | Unsecured | .00 | .00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES LLC | 7446 | Unsecured | .00 | .00 |
| 005NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES LLC | 5678 | Unsecured | .00 | .00 |
| 006NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 007 | KELLOGG COMMONS CONDOMINIUM | ####7542 | Secured | 70.00 | .00 |
| 007A | KELLOGG COMMONS CONDOMINIUM | 7542 | Secured | 807.03 | .00 |
| 799 | WILLIAM C BEHRENS | | Attorney Fees | .00 | .00 |
| XXXNA | SYNCHRONY BANK | 5678 | Unsecured | .00 | .00 |
| | BERKSHIRE HATHAWAY HOME | | Unsecured | .00 | .00 |
| | PNC BANK | | Unsecured | .00 | .00 |
| | IC SYSTEMS INC | | Unsecured | .00 | .00 |
| | CREDIT ONE BANK | | Unsecured | .00 | .00 |
| | CAPITAL ONE BANK | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 11,442.33 | 92.55 |