**IT IS SO ORDERED.**

Dated:  12 February, 2021 11:20 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | Case No. 19-13286 |
| Mary Beck | Chapter 13 |
| Debtor(s). | Hon. Jessica E. Price-Smith |

## ORDER GRANTING DEBTORS' MOTION TO MODIFY THEIR CHAPTER 13 PLAN

This matter is before the Court on Debtor Mary Beck's Motion to Modify her Chapter 13 Plan, filed on December 14, 2020 at Doc. No. 48.  The Court finds that all parties have been served, that no party has filed an objection or response to Debtor's Motion, or that any such response has been overruled or withdrawn, and it appears appropriate to grant the relief requested.

The Court finds the Debtor's Motion well taken, and the same is hereby **GRANTED.**

**IT IS SO ORDERED.**

###

Submitted by:

/s/ William C. Behrens, Esq.
William C. Behrens (0093031)
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DannLaw
PO Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 – fax
notices@dannlaw.com
Attorneys for Debtor

Parties to be served:

US Trustee's Office
(via ECF notice)

Lauren A. Helbling, Chapter 13 Trustee
(via ECF notice)

Phyllis A. Ulrich, Esq.
(via ECF notice)

Debtor
(via US Mail)

All Creditors
(via US Mail)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 19-13286-jps<br>Northern District of Ohio<br>Cleveland<br>Tue May 28 09:48:57 EDT 2019 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 | Berkshire Hathaway HomeServices Professional<br>7395 Center Street<br>Mentor, OH 44060-5801 |
| Capital One<br>ATTN: Bankruptcy<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Car Care One/Synchrony Bank<br>ATTN: Bankruptcy Dept<br>PO Box 960061<br>Orlando, FL 32896-0061 | Carlisle, McNellie, Rini, Kramer, and Ulrich<br>24755 Chagrin Blvd<br>Beachwood, OH 44122-5682 |
| Credit One Bank<br>ATTN: Bankruptcy<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | FCI Lender Services/Integrity Solo 401k Trus<br>PO Box 27370<br>Anaheim, CA 92809-0112 | IC System<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| Kamen and Cusimano<br>50 Public Square<br>Suite 2000<br>Cleveland, OH 44113-2215 | Merrick Bank<br>ATTN: Bankruptcy<br>PO Box 660702<br>Dallas, TX 75266-0702 | PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| Lauren A. Helbling<br>200 Public Square Suite 3860<br>Cleveland, OH 44114-2322 | Mary Beck<br>7542 Andrea<br>Mentor, OH 44060-7224 | William C. Behrens<br>The Dann Law Firm Co., LPA<br>PO Box 6031040<br>Cleveland, OH 44103-8800 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FCI Lender Services/Integrity Solo 401k Tr | (u)Kellogg Commons Condomium Owners Assoc | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients    2<br>Total    16 |