United States Bankruptcy Court
Northern District of Ohio

In re:                                                                                Case No. 19-13286-jps
Mary Beck                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1                        User: lsmit                                 Page 1 of 2
Date Rcvd: Feb 12, 2021                Form ID: pdf820                       Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Beck, 7542 Andrea Drive, Mentor, OH 44060-7224 |
| cr | + | Kellogg Commons Condominium, c/o Kaman & Cusimano, LLC, 50 Public Square Suite 2000, 22538 Center Ridge Road, Cleveland, OH 44116-3065 |
| 26062266 | + | Berkshire Hathaway HomeServices Professional, 7395 Center Street, Mentor, OH 44060-5801 |
| 26062269 | + | Carlisle, McNellie, Rini, Kramer, and Ulrich, 24755 Chagrin Blvd, Beachwood, OH 44122-5682 |
| 26062271 | + | FCI Lender Services/Integrity Solo 401k Trust, PO Box 27370, Anaheim, CA 92809-0112 |
| 26062273 | + | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 26109703 | + | Integrity Solo 401K Trust, c/o FCI Lender Services, 8180 East Kaiser Blvd., Anaheim Hills, CA 92808-2277 |
| 26062274 | + | Kamen and Cusimano, 50 Public Square, Suite 2000, Cleveland, OH 44113-2215 |
| 26175771 | + | Kellogg Commons Condominium, c/o Kaman & Cusimano, LLC, 50 Public Square, Suite 2000, Cleveland, OH 44113-2215 |
| 26094802 | + | Lake County Treasurer, 105 Main Street, Painesville, Ohio 44077-3414 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Feb 12 2021 20:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane Suite 442, Teaneck, NJ 07666 |
| 26160195 | | Email/Text: bnc@atlasacq.com | Feb 12 2021 20:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 26062267 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 12 2021 21:31:07 | Capital One, ATTN: Bankruptcy, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 26062268 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 21:32:14 | Car Care One/Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 960061, Orlando, FL 32896-0061 |
| 26062270 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2021 21:31:09 | Credit One Bank, ATTN: Bankruptcy, PO Box 98872, Las Vegas, NV 89193-8872 |
| 26130155 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 12 2021 21:31:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 26062276 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 12 2021 21:32:14 | Merrick Bank, ATTN: Bankruptcy, PO Box 660702, Dallas, TX 75266-0702 |
| 26062277 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 12 2021 20:29:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-0000 |
| 26173399 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 21:31:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 26065805 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 21:31:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Integrity Solo 401K Trust |
| 26062272 | | FCI Lender Services/Integrity Solo 401k Trust |
| 26062275 | | Kellogg Commons Condomium Owners Assoc |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Lauren A. Helbling | ch13trustee@ch13cleve.com  lhelbling13@ecf.epiqsystems.com |
| Phyllis A. Ulrich | on behalf of Creditor Integrity Solo 401K Trust bankruptcy@carlisle-law.com  bankruptcy@carlisle-law.com |
| Shannon M. McCormick | on behalf of Creditor Kellogg Commons Condominium bankruptcy@kamancus.com |
| William C. Behrens | on behalf of Debtor Mary Beck billbehrens@dannlaw.com 1043355420@filings.docketbird.com,notices@dannlaw.com,amy@dannlaw.com |

TOTAL: 4

IT IS SO ORDERED.

Dated:  12 February, 2021 11:20 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: | Case No. 19-13286 |
| Mary Beck | Chapter 13 |
| Debtor(s). | Hon. Jessica E. Price-Smith |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY THEIR CHAPTER 13 PLAN

This matter is before the Court on Debtor Mary Beck's Motion to Modify her Chapter 13 Plan, filed on December 14, 2020 at Doc. No. 48. The Court finds that all parties have been served, that no party has filed an objection or response to Debtor's Motion, or that any such response has been overruled or withdrawn, and it appears appropriate to grant the relief requested.

The Court finds the Debtor's Motion well taken, and the same is hereby **GRANTED.**

**IT IS SO ORDERED.**

###

Submitted by:

/s/ William C. Behrens, Esq.
William C. Behrens (0093031)
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DannLaw
PO Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 – fax
notices@dannlaw.com
Attorneys for Debtor

Parties to be served:

US Trustee's Office
(via ECF notice)

Lauren A. Helbling, Chapter 13 Trustee
(via ECF notice)

Phyllis A. Ulrich, Esq.
(via ECF notice)

Debtor
(via US Mail)

All Creditors
(via US Mail)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 19-13286-jps<br>Northern District of Ohio<br>Cleveland<br>Tue May 28 09:48:57 EDT 2019 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 | Berkshire Hathaway HomeServices Professional<br>7395 Center Street<br>Mentor, OH 44060-5801 |
| Capital One<br>ATTN: Bankruptcy<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Car Care One/Synchrony Bank<br>ATTN: Bankruptcy Dept<br>PO Box 960061<br>Orlando, FL 32896-0061 | Carlisle, McNellie, Rini, Kramer, and Ulrich<br>24755 Chagrin Blvd<br>Beachwood, OH 44122-5682 |
| Credit One Bank<br>ATTN: Bankruptcy<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | FCI Lender Services/Integrity Solo 401k Trus<br>PO Box 27370<br>Anaheim, CA 92809-0112 | IC System<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| Kamen and Cusimano<br>50 Public Square<br>Suite 2000<br>Cleveland, OH 44113-2215 | Merrick Bank<br>ATTN: Bankruptcy<br>PO Box 660702<br>Dallas, TX 75266-0702 | PNC Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| Lauren A. Helbling<br>200 Public Square Suite 3860<br>Cleveland, OH 44114-2322 | Mary Beck<br>7542 Andrea<br>Mentor, OH 44060-7224 | William C. Behrens<br>The Dann Law Firm Co., LPA<br>PO Box 6031040<br>Cleveland, OH 44103-8800 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FCI Lender Services/Integrity Solo 401k Tr | (u)Kellogg Commons Condomium Owners Assoc | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     2<br>Total                  16 |