# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
 on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period June 01, 2020 through May 31, 2021

Case No: 19-13286-jps                    Filed: May 28, 2019

Debtor:   MARY BECK
          7542 ANDREA

          MENTOR, OH  44060

Attorney: WILLIAM C BEHRENS            Required Plan Payment:   $1,240.00 MONTHLY
          (216) 373-0539

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 24,704.00 |
| Disbursements: | | |
|     Principal | 22,715.12 | |
|     Interest | 166.12 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 1,633.66 | |
| | | 24,514.90 |
| Funds on Hand: | | 189.10 |
| | | 24,704.00 |



CASE NO: 19-13286-jps
DEBTOR: MARY BECK

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jun 30, 2020 | 601.00 | Jul 28, 2020 | 700.00 | Sep 01, 2020 | 800.00 | Sep 29, 2020 | 1,400.00 |
| Oct 13, 2020 | 800.00 | Oct 23, 2020 | 400.00 | Oct 30, 2020 | 800.00 | Nov 04, 2020 | 700.00 |
| Nov 30, 2020 | 600.00 | Dec 07, 2020 | 800.00 | Dec 30, 2020 | 1,230.00 | Jan 29, 2021 | 1,200.00 |
| Mar 02, 2021 | 1,200.00 | Apr 14, 2021 | 1,200.00 | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | LAKE COUNTY TREASURER | | Secured | 452.20 | 73.57 |
| 002 | INTEGRITY SOLO 401K TRUST | ####9550 | Secured | 7,486.71 | .00 |
| 002A | INTEGRITY SOLO 401K TRUST | ####9550 | Secured | 2,573.04 | .00 |
| 002NA | PHYLLIS A ULRICH ESQ | | Unsecured | .00 | .00 |
| 003 | MERRICK BANK | 4676 | Unsecured | .00 | .00 |
| 004 | ATLAS ACQUISITIONS LLC | 7271 | Unsecured | .00 | .00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES LLC | 7446 | Unsecured | .00 | .00 |
| 005NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES LLC | 5678 | Unsecured | .00 | .00 |
| 006NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 007 | KELLOGG COMMONS CONDOMINIUM | ####7542 | Secured | .00 | .00 |
| 007A | KELLOGG COMMONS CONDOMINIUM | 7542 | Secured | 760.84 | .00 |
| 799 | WILLIAM C BEHRENS | | Attorney Fees | .00 | .00 |
| XXXNA | SYNCHRONY BANK | 5678 | Unsecured | .00 | .00 |
| | PNC BANK | | Unsecured | .00 | .00 |
| | IC SYSTEMS INC | | Unsecured | .00 | .00 |
| | CREDIT ONE BANK | | Unsecured | .00 | .00 |
| | BERKSHIRE HATHAWAY HOME | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 11,272.79 | 73.57 |