# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
  on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period January 01, 2021 through January 31, 2022

Case No: 19-13286-jps                         Filed: May 28, 2019

Debtor:   MARY BECK
          7542 ANDREA

          MENTOR, OH  44060

Attorney: WILLIAM C BEHRENS               Required Plan Payment:   $1,240.00 MONTHLY
          (216) 373-0539

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 32,104.00 |
| Disbursements: | | |
|    Principal | 29,872.78 | |
|    Interest | 212.56 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 2,018.66 | |
| | | 32,104.00 |
| Funds on Hand: | | 0.00 |
| | | 32,104.00 |

CASE NO: 19-13286-jps  
DEBTOR: MARY BECK

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jan 29, 2021 | 1,200.00 | Mar 02, 2021 | 1,200.00 | Apr 14, 2021 | 1,200.00 | Jun 02, 2021 | 1,200.00 | Jun 29, 2021 | 1,200.00 |
| Aug 05, 2021 | 1,200.00 | Aug 31, 2021 | 600.00 | Nov 02, 2021 | 1,100.00 | Dec 01, 2021 | 1,400.00 | Dec 28, 2021 | 700.00 |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | LAKE COUNTY TREASURER | | Secured | 230.85 | 70.87 |
| 002 | INTEGRITY SOLO 401K TRUST | ####9550 | Secured | 8,167.32 | .00 |
| 002A | INTEGRITY SOLO 401K TRUST | ####9550 | Secured | 1,479.90 | .00 |
| 002NA | PHYLLIS A ULRICH ESQ | | Unsecured | .00 | .00 |
| 003 | MERRICK BANK | 4676 | Unsecured | .00 | .00 |
| 004 | ATLAS ACQUISITIONS LLC | 7271 | Unsecured | .00 | .00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES LLC | 7446 | Unsecured | .00 | .00 |
| 005NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES LLC | 5678 | Unsecured | .00 | .00 |
| 006NA | PORTFOLIO RECOVERY ASSOCIATES | | Unsecured | .00 | .00 |
| 007 | KELLOGG COMMONS CONDOMINIUM | ####7542 | Secured | .00 | .00 |
| 007A | KELLOGG COMMONS CONDOMINIUM | 7542 | Secured | 432.06 | .00 |
| 799 | WILLIAM C BEHRENS | | Attorney Fees | .00 | .00 |
| XXXNA | SYNCHRONY BANK | 5678 | Unsecured | .00 | .00 |
| | PNC BANK | | Unsecured | .00 | .00 |
| | IC SYSTEMS INC | | Unsecured | .00 | .00 |
| | CREDIT ONE BANK | | Unsecured | .00 | .00 |
| | BERKSHIRE HATHAWAY HOME | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 10,310.13 | 70.87 |

7025       001100000017570302000