**Fill in this information to identify the case:**

Debtor 1 _____Mary Beck_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__    District of __OH__
(State)

Case number __19-13286__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** __Integrity Solo 401k Trust__       **Court claim no.** (if known): __2-1__

**Last 4 digits** of any number you use to identify the debtor's account:    __XXXXXX9550__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

x   No

☐   Yes. Date of the last note: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | October 19, 2021 Forced Placed Insurance | (9) $ 961.78 |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 _____ Case number (*if known*) 19-13286
      First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐    I am the creditor.

**X**    I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

                /s/ Phyllis A. Ulrich (0055291)              Date 11/30/2021
                Signature

Print:    Phyllis A. Ulrich                          Title    Attorney for Creditor
        First Name   Middle Name   Last Name

Company    Carlisle, McNellie, Rini, Kramer & Ulrich Co., L.P.A.

Address    24755 Chagrin Blvd. Suite 200
                Number       Street

                Cleveland, OH 44122-5690
                City              State      ZIP Code

Contact phone    (216) 360-7200          Email    bankruptcy@carlisle-law.com

## Certificate of Service

      I hereby certify that on November 30, 2021, a copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses and Charges was served on the following registered ECF participants, **electronically** through the Court`s ECF System at the email address registered with the court:

      William C. Behrens, on behalf of Mary Beck, debtor(s), at billbehrens@dannlaw.com
      Lauren A. Helbling, on behalf of the Chapter 13 Trustee's office at Ch13trustee@ch13cleve.com
      Office of the United States Trustee at (registered address)@usdoj.gov

And on the following by ordinary U.S. Mail addressed to:

      Mary Beck, at 7542 Andrea, Mentor, OH 44060

*/s/ Phyllis A. Ulrich*